

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LUIS ALFONSO TORRES, | § | No. 08-13-00027-CR |
| Appellant, | § | Appeal from the |
| v. | § | 120th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20120D02761) |
| | § | |

LUIS ALFONSO TORRES,

Appellant,

v.

THE STATE OF TEXAS,

State.

No. 08-13-00027-CR

Appeal from the

120th District Court

of El Paso County, Texas

(TC# 20120D02761)

**O R D E R**

The Court GRANTS the State's third motion for extension of time to file the brief until **May 3, 2014.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime Esparza, the State's Attorney, prepare the State's brief and forward the same to this Court on or before **May 3, 2014.**

IT IS SO ORDERED this 9th day of April, 2014.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.